NOT FOR PUBLICATION

# FILED

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

MARIA DEL CARMEN PENA;
CONSUELO HERNANDEZ;
LETICIA SUAREZ; ROSEMARY
DAIL; WENDELL T. MORRIS,

  Plaintiffs-Appellees,

  v.

TAYLOR FARMS PACIFIC, INC.,
DBA Taylor Farms,

  Defendant-Appellant,

  and

ABEL MENDOZA, INC.;
MANPOWER, INC.; QUALITY
FARM LABOR, INC.; SLINGSHOT
CONNECTIONS LLC,

  Defendants.

No. 15-15965

D.C. No. 2:13-cv-01282-KJM-AC

MEMORANDUM[*]

MARIA DEL CARMEN PENA;
CONSUELO HERNANDEZ;
LETICIA SUAREZ; ROSEMARY
DAIL; WENDELL T. MORRIS,

No. 15-15966

D.C. No. 2:13-cv-01282-KJM-AC

---

[*]This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

|  |  |
|---|---|
| Plaintiffs-Appellees, | ) |
|  | ) |
|  | ) |
| v. | ) |
|  | ) |
| ABEL MENDOZA, INC., | ) |
|  | ) |
| Defendant-Appellant, | ) |
|  | ) |
| and | ) |
|  | ) |
| TAYLOR FARMS PACIFIC, INC., | ) |
| DBA Taylor Farms; MANPOWER, | ) |
| INC.; QUALITY FARM LABOR, | ) |
| INC.; SLINGSHOT | ) |
| CONNECTIONS LLC, | ) |
|  | ) |
| Defendants. | ) |

Appeal from the United States District Court
for the Eastern District of California
Kimberly J. Mueller, District Judge, Presiding

Argued and Submitted April 19, 2017
San Francisco, California

Before: THOMAS, Chief Judge, and FERNANDEZ and MURGUIA, Circuit
Judges.

Taylor Farms Pacific, Inc. ("TFP") and Abel Mendoza, Inc. ("AMI") appeal

the district court's order[1] which granted class certification to a class comprised of

---

[1]*Pena v. Taylor Farms Pac., Inc.*, 305 F.R.D. 197 (E.D. Cal. 2015) (hereafter
*Taylor Farms I*).

current and former employees who allegedly did not receive the meal breaks required by California law while working at TFP's produce and food processing facilities in Tracy, California.[2] The representative members of the certified classes are Maria Del Carmen Pena, Consuelo Hernandez, and Wendell T. Morris.[3] We affirm.

For the reasons set forth in its order,[4] we affirm the district court's grant of "[c]ertification of the mixed hourly worker subclass . . . as to meal break claims," and its "[c]ertification of the waiting time subclass . . . [to the extent it] is derivative of the mixed hourly workers subclass."[5] We express no opinion about the district court's determinations regarding the other subclasses.[6]

AFFIRMED.

---

[2]Class certification was sought on a number of other grounds, but the issues before us involve only a meal break subclass certification and a derivative waiting-time subclass certification.

[3]Morris is a representative member of the meal break subclass only.

[4]*See Taylor Farms I*, 305 F.R.D. 197.

[5]*See id.* at 224.

[6]*See id.* at 207–11, 223–24.

3